1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GERALD A. ENGLER
Senior Assistant Attorney General
4 | PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 | SETH K. SCHALIT, State Bar No. 150578
Supervising Deputy Attorney General
6 |  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
7 |  Telephone:  (415) 703-1371
  Fax:  (415) 703-1234
8 |  Email:  Seth.Schalit@doj.ca.gov

9 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

13 | SAN FRANCISCO DIVISION

**FAROOQ A. ALEEM,**

               Petitioner,

  v.

**DERRAL G. ADAMS, Warden,**

               Respondent.

C 08-02780 WHA

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

      Respondent requests a 60-day enlargement of time, to and including October 3, 2008, within which to file the response to the petition for writ of habeas corpus.  Petitioner's counsel does not object to this request.

      As explained in the accompanying declaration, Respondent's counsel has been working on previously assigned matters.  Counsel's responsibilities as a Supervising Deputy Attorney General (including reviewing pleadings, providing advice, and performing administrative tasks) have consumed and will consume substantial time.

      WHEREFORE, respondent requests that this Court grant an enlargement of time to and

1  including October 3, 2008, to file the response to the petition and that the time for petitioner to file

2  a traverse or reply remain as stated in the order to show cause.

3       Dated: July 15, 2008

4              Respectfully submitted,

5              EDMUND G. BROWN JR.
               Attorney General of the State of California

6              DANE R. GILLETTE
               Chief Assistant Attorney General

7              GERALD A. ENGLER
               Senior Assistant Attorney General

8

9              PEGGY S. RUFFRA
               Supervising Deputy Attorney General

10

11

12             /s/ Seth K. Schalit

               SETH K. SCHALIT
13             Supervising Deputy Attorney General
               Attorneys for Respondent

14

15
   20123530.wpd
16 SF2008401947

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   *Aleem v. Adams*

No.:   C 08-02780 WHA

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 16, 2008, I served the attached

**APPLICATION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

**DECLARATION OF SETH K. SCHALIT IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME**

**(PROPOSED) ORDER**

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Mark D. Greenberg**
**Attorney at Law**
**484 Lake Park Ave., No. 429**
**Oakland, CA 94610**

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 16, 2008, at San Francisco, California.

| M. Otanes | _(signature)_ |
|---|---|
| Declarant | Signature |

20124015.wpd

1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  SETH K. SCHALIT, State Bar No. 150578
   Supervising Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 703-1371
    Fax:  (415) 703-1234
8   Email:  Seth.Schalit@doj.ca.gov

9  Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FAROOQ A. ALEEM,** | C 08-02780 WHA |
| Petitioner, | **DECLARATION OF SETH K. SCHALIT IN SUPPORT OF APPLICATION FOR ENLARGEMENT OF TIME** |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

I, SETH K. SCHALIT, declare:

1. I am a Supervising Deputy Attorney General and assigned to represent the Warden in this case.

2. The Warden's responsive pleading is due August 4, 2008, pursuant to this Court's order to show cause date June 9, 2008

4. I have not yet begun to work on this matter. I have primarily been working on a previously assigned murder appeal and have another previously assigned case. I have also prepared for and presented oral argument.

5. My responsibilities as a Supervising Deputy Attorney General include reviewing pleadings, providing advice, and performing administrative tasks. Those responsibilities have consumed and will consume substantial time.

6. Petitioner's counsel does not object to this application.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 15, 2008.

/s/ Seth K. Schalit
_____
SETH K. SCHALIT
Supervising Deputy Attorney General

20123556.wpd
SF2008401947