1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FAROOQ A. ALEEM,**<br><br>                                    Petitioner,<br><br>        v.<br><br>**DERRAL G. ADAMS, Warden,**<br><br>                                    Respondent. | C 08-02780 WHA<br><br>**[PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME** |

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including October 3, 2008, in which to file a responsive pleading to the petition for writ of habeas corpus is GRANTED.  The period for petitioner to file a traverse remains as stated in the Order to Show Cause.

Dated: _____        _____
                                                                    The Honorable William Alsup