IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FAROOQ A. ALEEM,** <br><br> Petitioner, <br><br> v. <br><br> **DERRAL G. ADAMS, Warden,** <br><br> Respondent. | C 08-02780 WHA <br><br> [PROPOSED] **ORDER GRANTING ENLARGEMENT OF TIME** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including October 3, 2008, in which to file a responsive pleading to the petition for writ of habeas corpus is GRANTED. The period for petitioner to file a traverse remains as stated in the Order to Show Cause.

Dated:  July 18, 2008.                                  _____
                                                       The Honorable William Alsup

IT IS SO ORDERED
Judge William Alsup