IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **FAROOQ A. ALEEM,** | C 08-02780 WHA |
| Petitioner, | [PROPOSED] ORDER GRANTING ENLARGEMENT OF TIME |
| v. | |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent's application for a 60-day enlargement of time, to and including December 2, 2008, in which to file a responsive pleading to the petition for writ of habeas corpus is GRANTED. The period for petitioner to file a traverse remains as stated in the Order to Show Cause.

Dated: _____ September 24, 2008 _____

_____

The Honorable William Alsup

*IT IS SO ORDERED*
*Judge William Alsup*