Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA 94610
(510) 452-3126

Attorney for Petitioner
Farooq A. Aleem, V74629
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| FAROOQ A. ALEEM,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DERRAL G. ADAMS, Warden,<br><br>　　　　Respondent | C 08-02780 WHA<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME |

　　　Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until March 2, 2009.

　　　IT IS SO ORDERED.

　　　Dated: December 24, 2008

IT IS SO ORDERED
Judge William Alsup