Mark D. Greenberg
Attorney at Law
Cal. SBN 99726
484 Lake Park Ave., No. 429
Oakland, CA 94610
(510) 452-3126

Attorney for Petitioner
Farooq A. Aleem, V74629
Corcoran State Prison
P.O. Box 3481
Corcoran, CA 93212

**CHAMBERS COPY**

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **FAROOQ A. ALEEM,** | **C 08-02780 WHA** |
| Petitioner, | |
| v. | **[PROPOSED] ORDER GRANTING APPLICATION FOR ENLARGEMENT OF TIME** |
| **DERRAL G. ADAMS, Warden,** | |
| Respondent | |

Upon motion of Petitioner and for good cause shown, the deadline for filing Petitioner's Traverse to Respondent's Answer is extended until May 1, 2009.

IT IS SO ORDERED.

Dated: February 25, 2009

*IT IS SO ORDERED*
*Judge William Alsup*

UNITED STATES DISTRICT JUDGE