IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FAROOQ A. ALEEM,

    Petitioner,

v.

DERRAL G. ADAMS,

    Respondent.

No. C 08-02780 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order denying petition for writ of habeas corpus, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of respondent and against petitioner. The Clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 5, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE